IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JERMAINE CRUMP, # 196837**                                              **PLAINTIFF**

v.                                              CIVIL ACTION NO. 1:20-cv-00193-BWR

**SHENEICE HARTFIELD EVANS**                                         **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action is **DISMISSED**.  Plaintiff Jermaine Crump's claims related to the denial of medical care, conditions of his confinement, and the April 2019 assault by another inmate are **DISMISSED WITHOUT PREJUDICE**.  His claim related to an assault by another inmate in late 2015 or late 2016 is **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(i).

**SO ORDERED AND ADJUDGED**, this 3rd day of October, 2022.

*s/ Bradley W. Rath*
HONORABLE BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE